# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW MEXICO

In re:
**Michael Thomas Flynn**

Debtor.    Case No.

## CERTIFICATION THAT DEBTOR
## HAS NO SPOUSE, PURSUANT TO NM LBR 1002-1(a)(1)

Pursuant to New Mexico Local Bankruptcy Rule 1002-1(a)(1), I certify that I have no spouse.

I declare under penalty of perjury that the information provided herein is true and correct.

7/24/12

**/s/ Michael Thomas Flynn**
Debtor's signature
Address:  **2864 Vereda De Pueblo**
          **Santa Fe, NM 87507**
Telephone:
Fax:
Email:

**NM LF 900**
Page 1 of 1

Software Copyright (c) 1996-2012 CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

Case 12-12767-t7    Doc 5    Filed 07/24/12    Entered 07/24/12 10:38:44 Page 1 of 1